

**OFFICE OF THE DISTRICT ATTORNEY**
**WESTCHESTER COUNTY**

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000

**JANET DiFIORE**
DISTRICT ATTORNEY

November 21, 2007

The Honorable Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
301 East Post Road
White Plains, New York 10601

**MEMO ENDORSED**

Re:   Hatfield v. Artus
        07-CV-9465 (CLB)

Your Honor:

By order dated October 26, 2007, Your Honor ordered respondent to file an answer by November 26, 2007, to a petition for writ of *habeas corpus* in the above-referenced case. I was subsequently assigned to draft respondent's answer in this case. In order to compile the state court record and prepare an adequate answer, I am now requesting, pursuant to Fed. R. Civ. P. 6(b), a thirty-day extension of time, until December 26, 2007, in which to file respondent's answer. Respondent has not made any other requests for an extension of time to file an answer in this matter.

Thank you for your consideration.

Very truly yours,

JANET DiFIORE
DISTRICT ATTORNEY

William C. Milaccio (WM 0916)
Assistant District Attorney
(914) 995-6317

**NOTICE TO RECIPIENT:**
**The Court directs that you transmit forthwith copies of this document by FAX or First Class Mail to all counsel for other parties to this litigation.**
             Alice F. Cama
             **Deputy Clerk**

[Handwritten annotation in left margin: "Application Granted  So Ordered  Charles Brieant USDJ  Nov. 26, 2007"]

cc: Ronald Hatfield, 05-A-1707
    Clinton Correctional Facility
    P.O. Box 2000
    Cook Street
    Dannemora, New York 12929